373 A.2d 1146

Estill et ux. v. Vandernat et ux., Appellants.

Argued March 16, 1977. Thompson J. McCullough, with him Meisenhelder & McCullough, for ap-

pellants; John M. Boddington, with him Budding, Miller & Boddington, for appellees.

Judgment affirmed.